UNITED STATES DISTRICT COURT　　　　　　　　　FILED ELECTRONICALLY
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
JOSEPH WADE　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiff,　　　　　　　　　　　　　　:
　　　-against-　　　　　　　　　　　　　　　　　　　　　:　15-CV-1579 (PKC)(SMG)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
ELSEVIER, INC.　　　　　　　　　　　　　　　　　　　:　**STIPULATION OF**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　**DISMISSAL WITH**
　　　　　　　　　　Defendants.　　　　　　　　　　　　:　**PREJUDICE**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
-----------------------------------------------------------x

　　　**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to this action, Plaintiff Joseph Wade and Defendant Elsevier Inc., through their undersigned counsel of record, that Plaintiff hereby dismisses with prejudice the above-captioned action in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that each party is to bear its own costs and fees, and that photocopies and/or facsimile copies of this stipulation shall be as valid as if signed in original.

Date: ~~July 31~~, 2016
　　　　Aug 1, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

**ANTHONY MAYOL, P.C.**　　　　　　　　　　　**DLA PIPER LLP (US)**

By: _____　　　　　　　　　By: _____

　Anthony Mayol　　　　　　　　　　　　　　　　Joseph D. Guarino
　(am@lawyeram.com)　　　　　　　　　　　　　(joseph.guarino@dlapiper.com)
　　　　　　　　　　　　　　　　　　　　　　　　Erin D'Angelo
　　　　　　　　　　　　　　　　　　　　　　　　　(erin.dangelo@dlapiper.com)
　　　　　　　　　　　　　　　　　　　　　　　　Robert J. Anderson
　　　　　　　　　　　　　　　　　　　　　　　　　(robert.anderson@dlapiper.com)

EAST\125951160.4

| | |
|---|---|
| 116-55 Queens Blvd., Suite 201<br>Forest Hills, New York 11375<br>Telephone: (718) 909-8538<br><br>*Attorneys for Plaintiff Joseph Wade* | 1251 Avenue of the Americas, 27th Floor<br>New York, New York 10020-1104<br>Telephone: (212) 335-4500<br><br>*Attorneys for Defendant Elsevier Inc.* |